___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

AUG 1 2 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GUY BORDES AGNANT, Jr. | ) | Case No. **14-1809 TJS** |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 11, 2014__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Attempted Possession With Intent to Distribute 5 Kilograms or More of Cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Eric Nye, S/A FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/12/2014

_____
Judge's signature

City and state: Baltimore, Maryland

Timothy J. Sullivan, U.S. Magistrate Judge
Printed name and title

AFFIDAVIT OF ERIC S. NYE, SPECIAL AGENT     14-1809TJS
DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION

I, ERIC S. NYE, being duly sworn, do hereby depose and state:

Introduction:

1. Your affiant is a Special Agent for the Department of Justice, Federal Bureau of Investigation (DOJ/FBI). I have been a Special Agent since 2006 and assigned to the Safe Streets Task Force (SSTF) of the Baltimore office of the FBI since 2008.

2. This affidavit is made in support of a complaint against **Guy Bordes Agnant**, Jr., of  15749 Millbrook Lane, Laurel, Maryland, charging him with attempted possession with intent to distribute cocaine, in violation of 21 U.S.C. § 846.

Details of the Investigation:

3. The FBI arrested Cooperating Witness 1 ("CW1") with several kilograms of both heroin and cocaine. CW1 indicated to the FBI his desire to cooperate. CW1 indicated that he had many multi-kilogram buyers in Baltimore to whom he was intending on selling the seized cocaine and heroin. One of those buyers was identified by CW1 as Guy Agnant. CW1 was shown a picture of Agnant at which time he identified him. CW1 explained that Agnant usually buys approximately 5 kilograms of cocaine from him at a time and he has sold him approximately 25 kilograms of cocaine in total. CW1 explained that he usually travels out to the Columbia, Maryland area to deliver cocaine to Agnant and that Agnant always pays up front for his cocaine.

4. On August 11, 2014, CW1 made multiple consensually recorded calls in which Agnant indicated a desire to purchase 15 kilograms of cocaine. During these calls, CW1 indicated that he would not be able to drive out to Columbia to deliver to Agnant and that Agnant would have to meet him at Mondawmin Mall. This was at the direction of your affiant for purposes of arrest operation. Agnant immediately expressed his dissatisfaction with this arrangement. Agnant stated, "We're going to have to do this a different way 'cause um…you talking about you ain't driving." Agnant called a few minutes later asking if CW1 received his text, which read "How far can you go?" CW1 placed a call to Agnant in which CW1 realized that Agnant was asking how many kilograms he could buy at which time CW1 replied, "As far as you want to go." CW1 later called Agnant and explained to him, "Don't worry about all the paperwork. Just as long as you have half the paperwork, come on and I'll see you tomorrow for the rest." CW1 explained that paperwork is coded language for the money owed for the narcotics. At approximately 12:39 p.m., Agnant called CW1 and asked, "When you going to be ready for me?" CW1 replied, "Whenever you ready for me." Agnant stated, "Alright I'm ready to tell him bring me, ahhh…." CW1 interrupts and instructs Agnant to bring half and he will be good. CW1 explained that Agnant was making reference to meeting his coconspirator that funded Agnant's cocaine purchases from CW1. Agnant was going to go to his money supplier for purposes of buying cocaine and then get back to CW1. At approximately 3:06 p.m., Agnant called and CW1 asked, "What's it going to be all together?" Agnant replied, "It's going to be about 15…but I'm about to come out there and holla at you real quick." CW1 explained that Agnant was telling CW1 that he had the money for, and intended to purchase, 15 kilograms of cocaine from CW1.

5. At approximately 4:05 p.m., Agnant arrived to the Ross parking lot, parked his car

1



and walked across the street to CW1's vehicle. Once he made it to CW1's vehicle, he was placed under arrest. Agnant was not in possession of the money indicated over the telephone. CW1 explained that Agnant *was* very nervous as he had been set up before. CW1 also explained that Agnant might not bring the money to the deal as he was nervous about the change in their normal dealings as previously explained by CW1.

6. After being arrested, Agnant told the transporting officers that he knew something was up today because his probation officer called him and asked if he had been arrested by the FBI. Your affiant contacted Agnant's probation officer who confirmed that she had called Agnant and asked Agnant if he had been arrested by the FBI.

7. After his arrest, Agnant asked the transporting officers why he had been arrested. Without questioning by the officers, Agnant stated, "I didn't have any money on me, I just came to look at it."

Conclusion:

8. Therefore, based on the facts set forth above, your affiant believes there is probable cause that Guy Bordes Agnant, of 15749 Millbrook Lane, Laurel, Maryland, attempted, and conspired, to possess with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

_____
ERIC S. NYE, Special Agent
Department of Justice, Federal Bureau of Investigation

**Subscribed and Sworn** to before me and in my presence, this 12th day of August 2014, at Baltimore, Maryland.

_____
Timothy J. Sullivan
United States Magistrate

2